DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.M. and N.M., children.
_____

A.M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES, and GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-1818

_____

November 26, 2025

Appeal from the Circuit Court for Hillsborough County; Daryl M. Manning, Judge.

Constance Daniels of Law Offices of Constance Daniels, Brandon, for Appellant.

Mary Matthews Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, and Sarah Todd Weitz, Senior Attorney, Tallahassee; and Morgan Patricia Theodore of Morgan P. Thedore, PLLC, Pro Bono, Miami Beach, for Appellee Statewide Guardian Ad Litem Office.


PER CURIAM.

Affirmed.

LUCAS, C.J., and KHOUZAM and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.